Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Sharon Farrington__
was received by me on *(date)* __5/11/12__.

☒ I personally served the summons on the individual at *(place)* __1709 Chinaberry CT__
__Stockbridge__ on *(date)* __5/11/12__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __5/11/12__

_____
Server's signature

__JOHN W. LESSO    Senior Civil Investigator__
Printed name and title

__75 Spring St Atlanta, GA 30303__
Server's address

Additional information regarding attempted service, etc: